**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| MITCHELL NEELY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:11-cv-00419-SWW-JJV |
| CLAYTON EDWARDS, Captain, White | * | |
| County Jail; and DOES, Medical Staff, White | * | |
| County Jail | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 29th day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE